UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ANTOINE T. WINTERS ) | |
| Individually, ) | |
|     Plaintiff, ) | Case No: 3:12CV446 |
| ) | Judge Phillip Simon |
| v. ) | |
| ) | |
| CITY OF SOUTH BEND, FORMER ) | |
| CITY OF SOUTH BEND POLICE ) | |
| CHIEF DARRYL BOYKINS, INTERIM ) | |
| CITY OF SOUTH BEND POLICE CHIEF ) | |
| CHUCK HURLEY, OFFICER ) | |
| GREGORY VIOLETTE, CPL. ) | |
| ERIC RZESZKEWSKI, CPL. ) | |
| JASON KATOWICH,CPL. KENNETH ) | |
| RYAN, AND SGT. JAMES WOLFF ) | |
| Jointly and Severally, ) | |
|     Defendants. ) | |

## JOINT STIPULATION FOR DISMISSAL

The Plaintiff, by counsel, and Defendants, by counsel, hereby stipulate and agree that this cause of action should be dismissed with prejudice. The parties further stipulate and agree that no motion for costs and/or attorneys' fees will be brought by Plaintiff or Defendants with regard to the claims now dismissed herein, as each party will bear their own fees and costs.

Respectfully submitted,                    Respectfully submitted,

/s/Sean W. Drew                            /s/ Aladean M. DeRose
Sean W. Drew,                              Aladean M. DeRose #4495-71
Drew Law Office                            City Attorney,
P.O. Box 880                               City of South Bend
Niles, MI 49120                            227 W. Jefferson Blvd, Suite 1200
269-683-5121                               South Bend, IN 46601
                                           574-235-9241