UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| ANTOINE T. WINTERS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 3:12-cv-00446-PPS |
| CITY OF SOUTH BEND, FORMER CITY OF SOUTH BEND CHIEF OF POLICE DARRYL BOYKINS, INTERIM CITY OF SOUTH BEND CHIEF OF POLICE CHUCK HURLEY, OFFICER GREGORY VIOLETTE, CPL. ERIC RZESZEWSKI, CPL. JASON KATOWICH, CPL. KENNETH RYAN and SGT. JAMES WOLFF, | ) | |
| Defendants. | ) | |

## ORDER

The parties have filed a joint stipulation of dismissal *with prejudice* signed by an attorney for each of Plaintiff Antoine T. Winters and Defendants South Bend, Darryl Boykins, Check Hurley, Gregory Violette, Eric Rzeszewski, Jason Katowich, Kenneth Ryan, and James Wolff. (Docket Entry 74.) Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows the parties in an action to dismiss a case by stipulation, provided the stipulation of dismissal is signed by all parties who have appeared in the action. Because the Stipulation of Dismissal here has been signed by an attorney for each of the parties involved in this case, dismissal under Rule 41(a)(1)(A)(ii) is proper and the joint stipulation (DE 74) is **ACKNOWLEDGED**.

IT IS HEREBY ORDERED that all claims in this matter are **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs. The Clerk of Court is

**DIRECTED** to treat this civil action and any remaining pending motions as **TERMINATED**.

    **SO ORDERED.**

    ENTERED: May 28, 2015

                                            /s/ Philip P. Simon
                                            **PHILIP P. SIMON, CHIEF JUDGE**
                                            **UNITED STATES DISTRICT COURT**